Slip Op. 15-61

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PEER BEARING COMPANY-CHANGSHAN**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES**, <br><br> Defendant, <br><br> and <br><br> **THE TIMKEN COMPANY,** <br><br> Defendant-Intervenor. | **Before: Timothy C. Stanceu, Chief Judge** <br><br> **Court No. 09-00052** |

### JUDGMENT

Before the court is a decision issued by the United States Court of Appeals for the Federal Circuit ("Court of Appeals") vacating and remanding the court's decision in *Peer Bearing Co.-Changshan v. United States*, 37 CIT __, 853 F. Supp. 2d 1365 (2013). The Court of Appeals instructed the court to reinstate the "application of adverse facts available and [the] calculation of [plaintiff's] margin" by the U.S. Department of Commerce, International Trade Administration in the first redetermination issued on remand ("First Remand Redetermination"). *Peer Bearing Co.-Changshan v. United States*, 766 F.3d 1396 (Fed. Cir. 2014); CAFC Mandate in Appeal # 14-1001 (Oct. 21, 2014), ECF No. 142; Final Results of Redetermination Pursuant to Remand (July 1, 2011), ECF No. 98 ("*First Remand Redetermination*"). Therefore, upon consideration of the decision of the Court of Appeals and all other filings and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the First Remand Redetermination be, and hereby is, reinstated; and it is further

**ORDERED** that entries of merchandise that are affected by the First Remand Redetermination shall be liquidated in accordance with the final judicial decision in this action.

<u>/s/ Timothy C. Stanceu</u>
Timothy C. Stanceu
Chief Judge

Dated: June 16, 2015
　　　　New York, New York